UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
WILKESBORO DIVISION

IN RE:

| | | |
|---|---|---|
| **CELTIC UNICORN, LLC** | ) | Case No. 08-50862 |
| | ) | |
| | ) | Chapter 12 |
| | ) | |
| Debtor | ) | **NOTICE** |
| | ) | |
| | ) | |

TAKE NOTICE that the undersigned Trustee has filed a Motion to Dismiss in the above referenced matter, a copy of which is attached hereto.

The hearing in this matter will be held on November 9, 2009 at 9:30 A. M. in the Johnson J. Hayes Federal Building, 207 W. Main Street, Room 201, Wilkesboro, North Carolina.

This the 22nd day of September, 2009.

*Steven G. Tate*
Steven G. Tate
Standing Trustee
212 Cooper Street
P. O. Box 1778
Statesville, NC  28687
Telephone: (704) 872-2401

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
WILKESBORO DIVISION

In Re:

**CELTIC UNICORN, LLC**               )          Case No 08-50862
                                       )
TIN: XX-XXX7973                        )
                                       )
    Debtor                             )

## MOTION TO DISMISS

The undersigned, being the Chapter 12 Trustee appointed in this case hereby moves the Court to dismiss this proceeding due to the debtor failing to make the payments as ordered in the confirmation order.

This the 22nd day of September, 2009.

                        Steven G. Tate
                        Chapter 12 Standing Trustee
                        PO Box 1778
                        Statesville, NC 28687-1778
                        704-872-2401

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
WILKESBORO DIVISION

In Re:

| | | |
|---|---|---|
| **CELTIC UNICORN, LLC** | ) | Case No. 08-50862 |
| | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Debtor | ) | |
| | ) | |
| | ) | |

    The undersigned certifies that the Motion To Dismiss to which this Certificate is affixed was served upon the following as shown below by depositing a copy of same, enclosed in a first class, postpaid wrapper properly addressed to the parties, in a post office or official depository under the exclusive care and custody of the United States Postal Service on this the 22nd day of September, 2009.

    Celtic Unicorn
    223 Pine Hill Road
    Boone, North Carolina 28607

    Mr. Thomas C. Flippin
    Attorney at Law
    P. O. Box 429
    Elkin, North Carolina 28621

/s/ Steven G. Tate
Steven G. Tate
Chapter 12 Trustee
212 Cooper Street
P. O. Box 1778
Statesville, NC  28687
(704) 872-2401